NO. 23-4568 (L)

IN THE
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRUCIT

_____

United States of America,

                Appellee,

    v.

Taeyon Williams,

                Appellant.

**APPELLANT'S MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 26(b) and Rule 27(a), Fed. R. App. P., Appellant Taeyon Williams hereby moves this Court for a two and a half week extension of time in which to file the consolidated brief of appellant and the joint appendix. These documents are currently due on February 23, 2024. A two and a half-week extension is appropriate due to the complicated nature of this case, which arose out of a multi-week co-defendant trial. More time is required for counsel to coordinate arguments to present before this Court and to compile the joint appendix.

This extension would extend the filing time for the consolidated brief of appellant and the joint appendix to March 11, 2024. Pursuant to Local Rule 27(a),

1

Fed. R. App. P., undersigned counsel has consulted with counsel for the government, and co-counsel, and both consent to the relief requested.

Respectfully submitted,

*Alfred Guillaume*
Alfred Guillaume III, Esq.
Law Offices of Alfred Guillaume III, LLC
6305 Ivy Ln. Suite 700
Greenbelt, MD 20770

ATTORNEY FOR APPELLANT TAEYON WILLIAMS

March 17, 2024