IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

|  |  |  |
|---|---|---|
| United States of America, | ) | |
| Appellee, | ) | |
| | ) | |
| v. | ) | No. 23-4568 (L) |
| | ) | |
| Scott Williams and Taeyan Williams, | ) | |
| Appellants. | ) | |

_____

GOVERNMENT'S UNOPPOSED MOTION FOR AN EXTENSION
OF TIME TO FILE ITS RESPONSE BRIEF

The government moves the Court for a 30-day extension of time, to and including May 1, 2024, within which to file its response brief. By court order, the government's response brief is currently due on April 1, 2024.

In the United States District Court for the District of Maryland, the Williamses were convicted of various crimes, including conspiracy to traffic in controlled substances and a substantive controlled substance trafficking offense, in violation of 21 U.S.C. §§ 841(a), 846. Scott Williams and Taeyan Williams were sentenced, respectively, to 276 and to 150 months of imprisonment.

This case was tried by the United States Attorney's Office for the District of Maryland. Thereafter, the United States Attorney transferred this case to the

Appellate Section of the Department of Justice's Criminal Division for briefing. The Williamses filed their opening brief on March 8, 2024. At that time, I was working on other cases with earlier due dates than this one. I will need more time to complete the brief. Additional time will be necessary for editing and supervisory review.

Alfred Guillaume III and Brent E. Newton, counsel for the Williamses, consent to this motion for an extension.

Wherefore, the government requests that the Court extend the government's time to file its response brief to and including May 1, 2024.

/s/_____
THOMAS E. BOOTH
Attorney
Appellate Section
Criminal Division
Department of Justice
950 Pennsylvania Ave.; Room 1511
Washington, D.C.   20530
202.514-5201
Thomas.Booth@usdoj.gov