IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| United States of America,<br>  Appellee,<br><br> v.<br><br>Scott Williams and Taeyan Williams,<br>  Appellants. | No. 23-4568 (L) |

GOVERNMENT'S UNOPPOSED MOTION FOR AN EXTENSION
OF TIME TO FILE ITS RESPONSE BRIEF

  The government moves the Court for a second extension of time, to and including May 15, 2024, a period of 14 days, within which to file its response brief.  By court order, the government's response brief is currently due, on first extension, on May 1, 2024.

  In the United States District Court for the District of Maryland, the Williamses were convicted of, among others, conspiracy to traffic in controlled substances, and a substantive controlled substance offense, in violation of 21 U.S.C. § § 841(a), 846.  Scott Williams and Taeyan Williams were sentenced, respectively, to 276 and to 150 months of imprisonment.

  I have been diligently working on this brief for the last few weeks, and I

have almost completed a first draft of the brief. I will need two more weeks to finish the draft, revise it, and submit it to another attorney for review. Further, because the case was tried by the United States Attorney's Office for the District of Maryland, that office will need to review the brief as well. After those reviews are completed, additional time will be needed for administrative review to ensure that the brief is ready for filing under this Court's rules.

Alfred Guillaume III, and Brent E. Newton, counsel for the Williamses, consent to this second motion for an extension.

Wherefore, the government requests that the Court extend the government's time to file its response brief to and including May 15, 2024.

/s/_____
THOMAS E. BOOTH
Attorney
Appellate Section
Criminal Division
Department of Justice
950 Pennsylvania Ave.; Room 1511
Washington D.C.  20530
202.514-5201
Thomas.Booth@usdoj.gov