FILED: April 24, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4568 (L)
(8:18-cr-00631-TDC-2)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

TAEYAN RAYMOND WILLIAMS

    Defendant - Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule. Any further request for an extension of time in which to file the response brief shall be disfavored. The briefing schedule is extended as follows:

    Response brief due: 05/15/2024

    Any reply brief permitted within 10 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk