

U.S. Department of Justice

Criminal Division

*Appellate Section*  Washington, D.C. 20530

The Honorable Nwamaka Anowi  August 29, 2024
Clerk of Court
United States Court of Appeals
  for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, Virginia 23219

      Re: *U.S.* v. *Taeyan Williams and Scott Williams*, No. 23-4568 (L)

Dear Ms. Anowi:

      Pursuant to Fed. R. Crim. P. 28(j), the following supplemental citation of authority is furnished to the Court:

      In *United States* v. *Ellis*, __ F.4th __, 2024 WL 3800647 *8 (4th Cir. Aug. 14, 2024), the Court stated: "[O]nly a district court can order a sex offender to attend a treatment program. [*United States* v.] *Van Donk*, 961 F.3d [314] at 327. Yet the court may delegate the authority to establish 'rules, requirements, and conditions' associated with the program to the treatment provider. *Id.* at 318, 327." *Ellis* supports the government's argument that the district court did not err by delegating the details of Williams' treatment program to the probation officer. See Gov't. Br. at 29-34.

                                        Yours very truly,

                                        Thomas E. Booth
                                        Attorney
                                        Department of Justice
                                        950 Pennsylvania Avenue
                                        Room 1511
                                        Washington, DC 20044
                                        (202) 514-5201
                                        Thomas.Booth@usdoj.gov